**Elmer FOXHOVEN, Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.**

**No. 03–7060.**

United States Court of Appeals, Federal Circuit.

DECIDED: April 9, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).